In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-030 CV


____________________



IN RE JAMES EEDS







Original Proceeding






MEMORANDUM OPINION


 On January 17, 2007, James Eeds filed a petition for writ of mandamus. We entered
a stay order and requested a response from the real party in interest. On January 23, 2007,
the trial court withdrew the order at issue in this mandamus proceeding. This original
proceeding is moot.

 Accordingly, our stay order is vacated and this original proceeding is dismissed
without regard to the merits of the issues raised in the petition for writ of mandamus.

 WRIT DISMISSED.


 PER CURIAM


Opinion Delivered January 25, 2007

Before McKeithen, C.J., Kreger and Horton, JJ.